**Xiu Ying LIU, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 03–74786.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 15, 2005.

Karen Jaffe, Law Office of Karen Jaffe, New York, NY, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Office of Immigration Litigation, U.S. Department of Justice, Washington, DC, Office of the District Director, Hagatna, GU, James L. Bickett, Esq., Office of the U.S. Attorney, Akron, OH, for Respondent.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Xiu Ying Liu, a native and citizen of China, petitions for review of the Board of Immigration Appeals' decision denying her motion to reopen removal proceedings pursuant to 8 C.F.R. § 1003.2. The record shows that following entry of a final order of removal, Liu was returned to China in May 2000. Accordingly, the Board did not err in concluding that 8 C.F.R. § 1003.2(d) barred the subsequent motion to reopen. *See Singh v. Gonzales,* 412 F.3d 1117, 1121 (9th Cir.2005) (stating that regulation bars motions to reopen by persons who depart U.S. after removal proceedings have commenced against them).

**PETITION DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

